January 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH AND JAMIE SCHWARTZOTT, Appellants

NO. 14-10-01151-CV                    V.

MARAVILLA OWNERS ASSOCIATION, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, MARAVILLA OWNERS ASSOCIATION, INC., signed September 8, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below (1) to change the total attorney's fees and other costs of collection awarded from $4,609.25 to $3,926.75 and (2) to delete the award of additional attorney's fees or costs of collection incurred after August 11, 2010. We order the judgment of the court below **AFFIRMED** except as modified in this judgment. For good cause we order appellants, JOSEPH AND JAMIE SCHWARTZOTT, jointly and severally, to pay one-half of all costs incurred in this appeal. For good cause we order appellee MARAVILLA OWNERS ASSOCIATION, INC. to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.